## UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA,
        Plaintiff,

v.

JEREMY KETTLER,
        Defendant.

Case No. 17-3035
Dist Ct. 6:15CR10150-02

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

      Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

      The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1.   Trial Proceedings, November 8-10, 2016_____

2.   Jury Instructions, November 14, 2016 _____ ____ _____

3.   Jury Instructions Conference, November 14, 2016 _____

4._____

5._____
                         (Attach additional sheets if necessary)

                       Signature: /s/ Ian M. Clark_____

                       Counsel for: Jeremy Kettler_____

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on February 28, 2017.

Signature: _/s/ Ian M. Clark_____

# INSTRUCTIONS

If appellant is represented by court-appointed counsel, or is represented by retained counsel, but a co-defendant who appeals is represented by court-appointed counsel, appellant's counsel must designate the record on appeal by completing and filing this form with the clerk of the district court within 14 days after filing the notice of appeal.   Copies must be served on all parties to the appeal and a copy must be filed with the clerk of the court of appeals.   Within 14 days after service of appellant's designation, appellee may file and serve an additional designation.   Copies of the district court docket sheets must be attached to every copy of the designation filed or served.

Although nonessential parts of the district court record should not be designated for inclusion in the record on appeal, it is counsel's responsibility to see that the record on appeal is sufficient for consideration and determination of the issues on appeal, and the court is under no obligation to remedy any failure of counsel to fulfill that responsibility.

**Every record on appeal must contain:**  1) the last amended complaint and answer, or the indictment or information and any superseding indictment or information;   2) the final pretrial order (if any);   3) the district court's (and bankruptcy court's or magistrate's) pertinent findings and conclusions, opinions, or orders, and, if the findings and conclusions were stated orally, a copy of the transcript pages where they appear;   4) the final judgment or order from which the appeal is taken;   5) all jury instructions when an instruction is an issue on appeal, along with proposed instructions which were refused;   6) the notice of appeal; and   7) the district court docket sheets.

The following additional items should be included in the record on appeal under the circumstances indicated:     1) when an appeal is based upon a challenge to the admission or exclusion of evidence, the giving or failure to give a jury instruction, or any other ruling or order, a copy of the pages of reporter's transcript at which the evidence, offer of proof, instruction, ruling, or order and any necessary objection are reproduced;   2) copies of key trial exhibits if the appeal requires an analysis of those exhibits (exhibits withdrawn from the district court should not be designated, but may be included in an addendum to the party's appellate brief);   3) relevant portions of briefs, memoranda, affidavits and depositions filed in support of, or in opposition to, a substantive motion--such as a motion for summary judgment, motion to dismiss, or jurisdictional motion, when the appeal is from an order granting or denying the motion;   4) other items, including excerpts of transcripts, if expressly referred to in the brief and relevant to an issue raised on appeal.

**A-9**   Designation of Record Form 12/09

CLOSED,APPEAL

# U.S. District Court
## DISTRICT OF KANSAS (Wichita)
## CRIMINAL DOCKET FOR CASE #: 6:15-cr-10150-JTM All Defendants

Case title: USA v. Cox et al                    Date Filed: 10/06/2015
                                                Date Terminated: 02/06/2017

Assigned to: Chief Judge J. Thomas
Marten

Appeals court case number: 17-3034
10CCA

**Defendant (1)**

**Shane Cox**                    represented by    **David J. Freund**
*TERMINATED: 02/06/2017*                          Office of Federal Public Defender -
                                                  Wichita
                                                  850 Epic Center
                                                  301 North Main Street
                                                  Wichita, KS 67202
                                                  316-269-6445
                                                  Fax: 316-269-6175
                                                  Email: david_freund@fd.org
                                                  *TERMINATED: 11/07/2016*
                                                  *LEAD ATTORNEY*
                                                  *Designation: Public Defender or*
                                                  *Community Defender Appointment*

                                                  **Steven Kent Gradert**
                                                  Office of Federal Public Defender -
                                                  Wichita
                                                  850 Epic Center
                                                  301 North Main Street
                                                  Wichita, KS 67202
                                                  316-269-6445 ext 6298
                                                  Fax: 316-269-6175
                                                  Email: steve_gradert@fd.org
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Public Defender or*
                                                  *Community Defender Appointment*

                                                  **Timothy J. Henry**
                                                  Office of Federal Public Defender -

Appellate Case: 17-3035    Document: 01019772016    Date Filed: 02/28/2017    Page: 4

Wichita
850 Epic Center
301 North Main Street
Wichita, KS 67202
316-269-6265
Fax: 316-269-6175
Email: tim_henry@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 26:5841, 5861(d), 5871 - Possession of unregistered firearm (FIRST SUPERSEDING INDICTMENT 03/09/2016) (3s) | 2 Years Probation (2 years on each of counts 3s & 6s-12s, all to run concurrently); $800 Assessment |
| 26:5812, 5841, 5861(e), and 5871 - Transfer of firearm in violation of the National Firearm Act (FIRST SUPERSEDING INDICTMENT 03/09/2016) (6s-9s) | 2 Years Probation (2 years on each of counts 3s & 6s-12s, all to run concurrently); $800 Assessment |
| 26:5822, 5841, 5861(f), and 5871 - Transfer of firearm in violation of the National Firearm Act (FIRST SUPERSEDING INDICTMENT 03/09/2016) (10s) | 2 Years Probation (2 years on each of counts 3s & 6s-12s, all to run concurrently); $800 Assessment |
| 26:5812, 5841, 5861(e), and 5871 - Transfer of firearm in violation of the National Firearm Act (FIRST SUPERSEDING INDICTMENT 03/09/2016) (11s) | 2 Years Probation (2 years on each of counts 3s & 6s-12s, all to run concurrently); $800 Assessment |
| 26:5861(a) and 5871 - Engaging in business as a dealer and manufacturer of firearms (FIRST SUPERSEDING INDICTMENT 03/09/2016) (12s) | 2 Years Probation (2 years on each of counts 3s & 6s-12s, all to run concurrently); $800 Assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 26:5841, 5861(d) and 5871 - Possession of an unregistered firearm (INDICTMENT 10/06/2015) (2-4) | Dismissed |
| 26:5841, 5861(d), 5871 - Possession of unregistered firearm (FIRST SUPERSEDING INDICTMENT 03/09/2016) (2s) | Defendant found not guilty after jury trial |
| 26:5841, 5861(d), 5871 - Possession of unregistered firearm (FIRST SUPERSEDING INDICTMENT 03/09/2016) (4s) | Defendant found not guilty after jury trial |
| 18:371 - Conspiracy (INDICTMENT 10/06/2015) (5) | Dismissed |
| 18:371 - Conspiracy (FIRST SUPERSEDING INDICTMENT 03/09/2016) (5s) | Dismissed by the Court during Jury Trial on 11/10/2016 |
| 26:5812, 5841, 5861(e) and 5871 - Transfer of firearm in violation of the National Firearm Act (INDICTMENT 10/06/2015) (6-9) | Dismissed |
| 26:5822, 5841, 5861(f) and 5871 - Making a firearm in violation of the National Firearm Act (INDICTMENT 10/06/2015) (10) | Dismissed |
| 26:5812, 5841, 5861(e) and 5871 - Transfer of firearm in violation of the National Firearm Act (INDICTMENT 10/06/2015) (11) | Dismissed |
| 26:5861(a) and 5871 - Engaging in business as a dealer and manufacturer of firearms (INDICTMENT 10/06/2015) (12) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Chief Judge J. Thomas Marten

Appeals court case number: 17-3035 10CCA

### Defendant (2)

**Jeremy Kettler**                    represented by    **Ian M. Clark**
*TERMINATED: 02/06/2017*                               Ariagno, Kerns, Mank & White
                                                        328 North Main
                                                        Wichita, KS 67202
                                                        316-265-5511
                                                        Fax: 316-265-4433
                                                        Email: iclark@warriorlawyers.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 26:5841, 5861(d) and 5871 - Possession of an unregistered firearm (FIRST SUPERSEDING INDICTMENT 03/09/2016) (13s) | 1 Year Probation; $100 Assessment |

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1001 - Making false statements during a federal investigation (INDICTMENT 10/06/2015) (1) | Dismissed |
| 18:1001 - Making false statements during a federal investigation (FIRST SUPERSEDING INDICTMENT 03/09/2016) (1s) | Dismissed by the Court during Jury Trial on 11/10/2016 |

18:371 - Conspiracy (INDICTMENT

Appellate Case: 17-3035    Document: 01019772016    Date Filed: 02/28/2017    Page: 7

| | |
|---|---|
| 10/06/2015)<br>(5) | Dismissed |
| 18:371 - Conspiracy (FIRST<br>SUPERSEDING INDICTMENT<br>03/09/2016)<br>(5s) | Dismissed by the Court during Jury<br>Trial on 11/10/2016 |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Intervenor**

| | | |
|---|---|---|
| **Kansas, State of**<br>*TERMINATED: 02/06/2017* | represented by | **Bryan C. Clark**<br>Office of Attorney General - Kansas<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597<br>785-368-7020<br>Email: bryan.clark@ag.ks.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Derek L. Schmidt**<br>Office of Attorney General - Kansas<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597<br>785-296-2218<br>Email: derek.schmidt@ag.ks.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Dwight R. Carswell**<br>Office of Attorney General - Kansas<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597<br>785-368-8410<br>Email: dwight.carswell@ag.ks.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Jeffrey A. Chanay** |

Office of Attorney General - Kansas
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
785-368-8435
Fax: 785-291-3767
Email: jeff.chanay@ag.ks.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Stephen R. McAllister**
Thompson Ramsdell Qualseth &
Warner, PA
333 West 9th Street, Suite B
PO Box 1264
Lawrence, KS 66044-2803
785-841-4554
Fax: 785-841-4499
Email: steve.mcallister@trqlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**

**USA**                                    represented by **Debra L. Barnett**
Office of United States Attorney -
Wichita
301 North Main Street, Suite #1200
Wichita, KS 67202-4812
316-269-6481
Fax: 316-269-6484
Email: Debra.Barnett@usdoj.gov
*TERMINATED: 02/16/2016*
*LEAD ATTORNEY*
*Designation: Retained*

**Jared S. Maag**
Office of United States Attorney -
Topeka
290 US Courthouse
444 SE Quincy
Topeka, KS 66683-3592
785-295-2858
Fax: 785-295-2853
Email: jared.maag@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Appellate Case: 17-3035    Document: 01019772016    Date Filed: 02/28/2017    Page: 9

*Designation: Retained*

**Richard L. Hathaway**
Office of United States Attorney -
Topeka
290 US Courthouse
444 SE Quincy
Topeka, KS 66683-3592
785-295-2850 ext 2833
Fax: 785-295-2853
Email: rich.hathaway@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2015 | 1 | INDICTMENT as to Shane Cox (1): counts 2-12; Jeremy Kettler (2): counts 1 & 5. (aa) (Entered: 10/07/2015) |
| 10/07/2015 | | SUMMONS ISSUED as to Shane Cox & Jeremy Kettler. Initial Appearance set for 10/28/2015 at 01:30 PM in Wichita Courtroom 326 (GEB) before Magistrate Judge Gwynne E. Birzer. (aa) (Entered: 10/07/2015) |
| 10/09/2015 | 2 | SUMMONS RETURNED EXECUTED on 10/8/2015 as to Shane Cox. (mam) (Entered: 10/13/2015) |
| 10/26/2015 | 3 | SUMMONS RETURNED EXECUTED on 10/14/2015 as to Jeremy Kettler. (mam) (Additional attachment(s) added on 10/29/2015: # 1 Duplicate received 10/29/2015 from USMS) (mam). (Entered: 10/26/2015) |
| 10/28/2015 | 4 | SUMMONS RETURNED EXECUTED on 10/28/2015 as to Shane Cox. (mam) (Entered: 10/28/2015) |
| 10/28/2015 | 5 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: RULE 5/INITIAL APPEARANCE as to Shane Cox held on 10/28/2015. ARRAIGNMENT as to Shane Cox (1) Count 2-4,5,6-9,10,11,12 held on 10/28/2015. The Government adopted the recommendations of Pretrial Services for release on conditions. Defendant's next appearance per Scheduling Order of Judge Marten. (Tape #1:48-1:57.) (aa) (Entered: 10/28/2015) |
| 10/28/2015 | 6 | CJA 23 FINANCIAL AFFIDAVIT by Shane Cox. (aa) (Entered: 10/28/2015) |
| 10/28/2015 | 7 | ORDER SETTING CONDITIONS OF RELEASE as to Shane Cox (1) $25,000 unsecured. Signed by Magistrate Judge Gwynne E. Birzer on 10/28/2015. (aa) (Entered: 10/28/2015) |
| 10/28/2015 | 8 | BOND POSTED as to Shane Cox. (aa) (Entered: 10/28/2015) |
| 10/28/2015 | 9 | ORDER APPOINTING CJA ATTORNEY as to Jeremy Kettler: Appointment of Attorney Ian M. Clark. Signed by Magistrate Judge Gwynne E. Birzer on 10/12/2015. (aa) (Entered: 10/28/2015) |

| 10/28/2015 | 10 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: RULE 5/INITIAL APPEARANCE as to Jeremy Kettler held on 10/28/2015. ARRAIGNMENT as to Jeremy Kettler (2) Count 1,5 held on 10/28/2015. The Government adopted the recommendations of Pretrial Services for release on conditions. Defendant's next appearance per Scheduling Order of Judge Marten. (Tape #1:58-2:03.) (aa) (Entered: 10/28/2015) |
|---|---|---|
| 10/28/2015 | 11 | CJA 23 FINANCIAL AFFIDAVIT by Jeremy Kettler. (aa) (Entered: 10/28/2015) |
| 10/28/2015 | 12 | ORDER SETTING CONDITIONS OF RELEASE as to Jeremy Kettler (2) $10,000 Unsecured. Signed by Magistrate Judge Gwynne E. Birzer on 10/28/2015. (aa) (Entered: 10/28/2015) |
| 10/28/2015 | 13 | BOND POSTED as to Jeremy Kettler. (aa) (Entered: 10/28/2015) |
| 10/28/2015 | 14 | ENTRY OF APPEARANCE: by attorney Steven Kent Gradert appearing for Shane Cox (Gradert, Steven) (Entered: 10/28/2015) |
| 10/29/2015 | 15 | GENERAL ORDER OF DISCOVERY & SCHEDULING as to Shane Cox. Jury Trial set for 1/5/2016 at 09:00 AM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. Status Conference set for 12/21/2015 at 02:30 PM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. Signed by Chief Judge J. Thomas Marten on 10/29/15. (Roach, Joyce) (Entered: 10/29/2015) |
| 10/29/2015 | 16 | GENERAL ORDER OF DISCOVERY & SCHEDULING as to Jeremy Kettler. Jury Trial set for 1/5/2016 at 09:00 AM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. Status Conference set for 12/21/2015 at 02:30 PM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. Signed by Chief Judge J. Thomas Marten on 10/29/15. (Roach, Joyce) (Entered: 10/29/2015) |
| 12/21/2015 | 17 | MINUTE ENTRY for proceedings held before Chief Judge J. Thomas Marten: STATUS CONFERENCE as to Shane Cox and Jeremy Kettler held on 12/21/2015. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Roach, Joyce) (Entered: 12/21/2015) |
| 12/22/2015 | 18 | Joint MOTION to Continue Pre-Trial Motion Deadline, Status Conference, and Jury Trial by Shane Cox as to Shane Cox, Jeremy Kettler. (Gradert, Steven) (Entered: 12/22/2015) |
| 12/22/2015 | 19 | ORDER TO CONTINUE granting 18 Motion to Continue as to Shane Cox (1), Jeremy Kettler (2). Motions due by 1/20/2016. Jury Trial continued to 2/17/2016 at 09:00 AM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. Status Conference continued to 2/3/2016 at 02:30 PM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. Signed by Chief Judge J. Thomas Marten on 12/22/2015. (aa) (Entered: 12/22/2015) |
| 01/20/2016 | 20 | Joint MOTION to Continue Pre-Trial Motion Deadline, Status Conference, and Jury Trial by Shane Cox as to Shane Cox, Jeremy Kettler. (Gradert, Steven) (Entered: 01/20/2016) |

| | | |
|---|---|---|
| 01/21/2016 | 21 | ORDER TO CONTINUE granting 20 Motion to Continue as to Shane Cox (1), Jeremy Kettler (2). Motions due by 2/19/2016. Jury Trial continued to 3/22/2016 at 09:00 AM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. Status Conference continued to 3/9/2016 at 03:00 PM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. Signed by Chief Judge J. Thomas Marten on 01/21/2016. (aa) (Entered: 01/21/2016) |
| 02/16/2016 | 22 | ENTRY OF APPEARANCE on behalf of USA by Richard L. Hathaway (Hathaway, Richard) (Entered: 02/16/2016) |
| 02/16/2016 | 23 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Debra L. Barnett as to USA (Barnett, Debra) (Entered: 02/16/2016) |
| 02/19/2016 | 24 | Joint MOTION to Continue Pre-Trial Motion Deadline, Status Conference, and Jury Trial by Shane Cox as to Shane Cox, Jeremy Kettler. (Gradert, Steven) (Entered: 02/19/2016) |
| 02/23/2016 | 25 | ORDER TO CONTINUE granting 24 Motion to Continue. Motions due by 3/21/2016. Jury Trial continued to 8/2/2016 at 09:00 AM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. Status Conference continued to 7/19/2016 at 03:00 PM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. Signed by Chief Judge J. Thomas Marten on 02/23/2016. (aa) (Entered: 02/23/2016) |
| 03/09/2016 | 26 | NOTICE OF HEARING as to Defendant Jeremy Kettler THIS IS AN OFFICIAL NOTICE FOR THIS HEARING Arraignment on Superseding Indictment set for 3/16/2016 at 01:30 PM in Wichita Courtroom 406 (KGG) before Magistrate Judge Kenneth G. Gale. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(cc) (Entered: 03/09/2016) |
| 03/09/2016 | 27 | FIRST SUPERSEDING INDICTMENT as to Shane Cox (1): counts 2s-12s; Jeremy Kettler (2): counts 1s, 5s & 13s. (aa) (Entered: 03/09/2016) |
| 03/16/2016 | 28 | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: ARRAIGNMENT as to Jeremy Kettler (2) Counts 1s, 5s & 13s held on 3/16/2016. Defendant's next appearance per Scheduling Order of Judge Marten. (Tape #1:43-1:46.) (aa) (Entered: 03/16/2016) |
| 03/21/2016 | 29 | MOTION to Dismiss Indictment by Shane Cox. (Gradert, Steven) (Entered: 03/21/2016) |
| 03/21/2016 | 30 | MOTION for Joinder *in All Motions of Co-Defendant Jeremy Kettler and Motion for Leave to File Supplemental and/or Additional Motions* by Shane Cox. (Gradert, Steven) (Entered: 03/21/2016) |
| 03/21/2016 | 31 | MOTION for Joinder *in All Motions of Co-Defendant Shane Cox and Motion for Leave to File Supplemental and/or Additional Motions* by Jeremy Kettler. (Clark, Ian) (Entered: 03/21/2016) |
| 03/21/2016 | 32 | MOTION to dismiss counts Five and Thirteen by Jeremy Kettler. (Clark, Ian) (Entered: 03/21/2016) |
| 03/31/2016 | 33 | RESPONSE IN OPPOSITION by USA as to Shane Cox, Jeremy Kettler re 30 |

Appellate Case: 17-3035    Document: 01019772016    Date Filed: 02/28/2017    Page: 12

| | | |
|---|---|---|
| | | MOTION for Joinder *in All Motions of Co-Defendant Jeremy Kettler and Motion for Leave to File Supplemental and/or Additional Motions*, 31 MOTION for Joinder *in All Motions of Co-Defendant Shane Cox and Motion for Leave to File Supplemental and/or Additional Motions*, 29 MOTION to Dismiss Indictment , 32 MOTION to dismiss counts Five and Thirteen (Attachments: # 1 Exhibit, # 2 Exhibit)(Hathaway, Richard) (Entered: 03/31/2016) |
| 05/10/2016 | 34 | MEMORANDUM AND ORDER denying 29 Motion to Dismiss Indictment as to Shane Cox (1); granting 30 Motion for Joinder as to Shane Cox (1); granting 31 Motion for Joinder as to Jeremy Kettler (2); denying 32 Motion to Dismiss Counts as to Jeremy Kettler (2). Signed by Chief Judge J. Thomas Marten on 05/10/2016. (aa) (Entered: 05/10/2016) |
| 06/24/2016 | 35 | NOTICE OF INTENT TO CHANGE PLEA and NOTICE OF HEARING. The defendant Shane Cox has notified the court on 06/24/16 that he intends to change his plea. The time from this notice until the change of plea hearing (including any continuances) is excludable time for speedy trial purposes. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Change of Plea Hearing set for 7/27/2016 at 04:00 PM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. (Roach, Joyce) (Entered: 06/24/2016) |
| 06/28/2016 | 36 | MOTION to Continue Status Conference and Jury Trial by Jeremy Kettler. (Clark, Ian) (Entered: 06/28/2016) |
| 06/30/2016 | 37 | ORDER TO CONTINUE granting 36 Motion to Continue for Jeremy Kettler (2). Speedy trial time excluded from 7/19/2016 until 11/8/2016 as to Jeremy Kettler (2). Jury Trial set for 11/8/2016 at 09:00 AM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. Status Conference set for 10/26/2016 at 03:00 PM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. Signed by Chief Judge J. Thomas Marten on 6/30/2016. (mam) (Entered: 06/30/2016) |
| 07/26/2016 | 38 | NOTICE OF CANCELLED HEARING: Change of Plea Hearing on July 27, 2016 as to Defendant Shane Cox is cancelled. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Roach, Joyce) (Entered: 07/26/2016) |
| 09/26/2016 | 39 | MOTION in Limine by USA as to Shane Cox, Jeremy Kettler. (Hathaway, Richard) (Entered: 09/26/2016) |
| 10/10/2016 | 40 | RESPONSE TO MOTION by Jeremy Kettler re 39 MOTION in Limine (Clark, Ian) (Entered: 10/10/2016) |
| 10/12/2016 | 41 | REPLY TO RESPONSE to Motion by USA as to Shane Cox, Jeremy Kettler re 39 MOTION in Limine (Hathaway, Richard) (Entered: 10/12/2016) |
| 10/19/2016 | 42 | MOTION to Continue Pretrial Conference and Jury Trial by Jeremy Kettler. (Clark, Ian) (Entered: 10/19/2016) |
| 10/20/2016 | 43 | RESPONSE IN OPPOSITION by USA as to Shane Cox, Jeremy Kettler re 42 |

| | | |
|---|---|---|
| | | MOTION to Continue Pretrial Conference and Jury Trial (Hathaway, Richard) (Entered: 10/20/2016) |
| 10/20/2016 | 44 | ORDER DENYING CONTINUANCE denying 42 Motion to Continue as to Jeremy Kettler (2). Signed by Chief Judge J. Thomas Marten on 10/20/2016. (aa) (Entered: 10/20/2016) |
| 10/20/2016 | 45 | NOTICE OF HEARING ON MOTION as to Shane Cox and Jeremy Kettler. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 39 MOTION in Limine : set for 10/26/2016 at 03:00 PM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. (Roach, Joyce) (Entered: 10/20/2016) |
| 10/26/2016 | 46 | MINUTE ENTRY for proceedings held before Chief Judge J. Thomas Marten: STATUS CONFERENCE as to Shane Cox and Jeremy Kettler held on 10/26/2016; MOTION HEARING as to Shane Cox and Jeremy Kettler held on 10/26/2016. Court grants 39 Motion in Limine; Any additional Briefs and Motions to be filed by November 4, 2016. (Court Reporter Jana McKinney.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Roach, Joyce) (Entered: 10/26/2016) |
| 11/01/2016 | 47 | TRIAL BRIEF by USA as to Shane Cox, Jeremy Kettler (Hathaway, Richard) (Entered: 11/01/2016) |
| 11/04/2016 | 48 | RESPONSE TO ORDER by Jeremy Kettler re 46 Order on Motion in Limine,, Status Conference,, Motion Hearing, *Proffer of Evidence* (Attachments: # 1 Exhibit)(Clark, Ian) (Entered: 11/04/2016) |
| 11/04/2016 | 49 | ENTRY OF APPEARANCE: by attorney David J. Freund appearing for Shane Cox (Freund, David) (Entered: 11/04/2016) |
| 11/04/2016 | 50 | MOTION for Joinder *of Defendant Kettler's Pretrial Proffer and Supporting Arguments (Doc. 48)* by Shane Cox. (Gradert, Steven) (Entered: 11/04/2016) |
| 11/05/2016 | 51 | MOTION Oppose Entry of New Appearnce Attorney for Cox re 49 Entry of Appearance for Defendant by USA as to Shane Cox, Jeremy Kettler. (Hathaway, Richard) (Entered: 11/05/2016) |
| 11/05/2016 | 52 | RESPONSE IN OPPOSITION by USA as to Shane Cox, Jeremy Kettler re 50 MOTION for Joinder *of Defendant Kettler's Pretrial Proffer and Supporting Arguments (Doc. 48)* (Hathaway, Richard) (Entered: 11/05/2016) |
| 11/07/2016 | 53 | WITHDRAWAL OF COUNSEL by David J. Freund and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL (Henry, Timothy) (Entered: 11/07/2016) |
| 11/07/2016 | 54 | RESPONSE TO MOTION by Shane Cox re 51 MOTION Oppose Entry of New Appearnce Attorney for Cox re 49 Entry of Appearance for Defendant (Gradert, Steven) (Entered: 11/07/2016) |
| 11/07/2016 | 55 | ENTRY OF APPEARANCE: by attorney Dwight R. Carswell on behalf of Kansas, State of (Carswell, Dwight) (Entered: 11/07/2016) |
| 11/07/2016 | 56 | MOTION to Intervene by Kansas, State of as to Shane Cox, Jeremy Kettler. |

| | | |
|---|---|---|
| | | (Carswell, Dwight) (Entered: 11/07/2016) |
| 11/07/2016 | 57 | MEMORANDUM AND ORDER granting 50 Motion for Joinder as to Shane Cox (1); denying 51 Government's Motion to Oppose Entry of Appearance as to Shane Cox (1). The court's prior in limine ruling 46 is reconsidered (see Order for details). Signed by Chief Judge J. Thomas Marten on 11/7/2016. (mam) (Entered: 11/07/2016) |
| 11/08/2016 | 58 | MEMORANDUM AND ORDER granting 56 Motion to Intervene. State of Kansas allowed to intervene and be heard on any subsequent rulings that implicate the constitutionality of SAPA. Signed by Chief Judge J. Thomas Marten on November 8, 2016. (shs) (Entered: 11/08/2016) |
| 11/08/2016 | 59 | MINUTE ENTRY for proceedings held before Chief Judge J. Thomas Marten: VOIR DIRE held on 11/8/2016 as to Shane Cox, and Jeremy Kettler. (Court Reporter Jana McKinney.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Roach, Joyce) (Entered: 11/08/2016) |
| 11/09/2016 | 60 | MINUTE ENTRY for proceedings held before Chief Judge J. Thomas Marten: JURY TRIAL as to Shane Cox and Jeremy Kettler held on 11/9/2016. (Court Reporter Jana McKinney.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Roach, Joyce) (Entered: 11/09/2016) |
| 11/10/2016 | 61 | MINUTE ENTRY for proceedings held before Chief Judge J. Thomas Marten: JURY TRIAL as to Shane Cox and Jeremy Kettler held on 11/10/2016. Defendant's oral motion for judgment of acquittal is overruled. Court dismisses Count 1 and Count 5 of the Superceding Indictment. (Court Reporter Jana McKinney.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Roach, Joyce) (Entered: 11/10/2016) |
| 11/10/2016 | 62 | PROPOSED JURY INSTRUCTIONS *AND MEMORANDUM IN SUPPORT OF GOOD FAITH INSTRUCTION* by Shane Cox (Gradert, Steven) (Entered: 11/10/2016) |
| 11/13/2016 | 63 | MOTION to Dismiss Indictment */Prosecution as Kansas' Second Amendment Protection Act Encompasses a Right Not Delegated to the United States, but Reserved to the State Under Their General Police Powers, Consistent With Tenth Amendment Principles* by Shane Cox. (Gradert, Steven) (Entered: 11/13/2016) |
| 11/14/2016 | 64 | MINUTE ENTRY for proceedings held before Chief Judge J. Thomas Marten: JURY TRIAL as to Shane Cox and Jeremy Kettler held on 11/14/2016. (Court Reporter Jana McKinney.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Roach, Joyce) (Entered: 11/14/2016) |
| 11/14/2016 | 65 | MINUTE ENTRY for proceedings held before Chief Judge J. Thomas Marten: JURY DELIBERATED and returned verdict as to Shane Cox and Jeremy Kettler on 11/14/2016. See Verdict Form. (Court Reporter Jana McKinney.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Roach, Joyce) (Entered: 11/15/2016) |
| 11/14/2016 | 67 | Jury questions filed as to Shane Cox, Jeremy Kettler (aa) (Additional |

| | | |
|---|---|---|
| | | attachment(s) added on 11/15/2016: # 1 Unredacted Main Document) (aa). (Entered: 11/15/2016) |
| 11/14/2016 | 69 | EXHIBIT LIST by USA as to Shane Cox, Jeremy Kettler. (aa) (Entered: 11/15/2016) |
| 11/14/2016 | 70 | WITNESS LISTS by USA and Defendants: Shane Cox, Jeremy Kettler. (aa) (Entered: 11/15/2016) |
| 11/14/2016 | 74 | JURY INSTRUCTIONS as to Shane Cox, Jeremy Kettler. (aa) (Entered: 11/15/2016) |
| 11/15/2016 | 66 | RESPONSE TO MOTION by Kansas, State of as to Shane Cox, Jeremy Kettler re 63 MOTION to Dismiss Indictment */Prosecution as Kansas' Second Amendment Protection Act Encompasses a Right Not Delegated to the United States, but Reserved to the State Under Their General Police Powers, Consistent With Tenth Amendment Principles (Attachments: # 1 State's Motion to Dismiss Brady Campaign case)(Schmidt, Derek) (Entered: 11/15/2016)* |
| 11/15/2016 | 68 | ORDER as to Shane Cox and Jeremy Kettler. Response deadline as to 63 Motion to Dismiss Indictment is 11/23/16. Entered by Chief Judge J. Thomas Marten on 11/15/16. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Roach, Joyce) (Entered: 11/15/2016) |
| 11/15/2016 | 71 | JURY VERDICT as to Shane Cox (1): Guilty on Count 3s & 6s-12s, Not Guilty on Counts 2s & 4s and Jeremy Kettler (2): Guilty on Count 13s. (aa) (Additional attachment(s) added on 11/15/2016: # 1 Unredacted Main Document) (aa). (Entered: 11/15/2016) |
| 11/15/2016 | 72 | NUNC PRO TUNC JURY VERDICT as to Shane Cox, Jeremy Kettler re 71 Jury Verdict. The correct case number for the verdict form is 15-cr-10150-JTM. (aa) (Entered: 11/15/2016) |
| 11/15/2016 | 73 | EXHIBIT LIST by Shane Cox (Gradert, Steven) (Entered: 11/15/2016) |
| 11/15/2016 | 75 | NOTICE OF HEARING as to Defendants Shane Cox and Jeremy Kettler THIS IS AN OFFICIAL NOTICE FOR THIS HEARING Sentencing set for 2/6/2017 at 10:00 AM in Wichita Courtroom 238 (JTM) before Chief Judge J. Thomas Marten. (Roach, Joyce) (Entered: 11/15/2016) |
| 11/21/2016 | 76 | MOTION for Extension of Time to File Response/Reply by USA as to Shane Cox, Jeremy Kettler. (Hathaway, Richard) (Entered: 11/21/2016) |
| 11/21/2016 | 77 | ORDER FOR EXTENSION OF TIME granting 76 Motion for Extension of Time to File Response/Reply as to Shane Cox (1), Jeremy Kettler (2). The government is given a one-time extension of time to file it's response to Doc. 66, the motion of the state seeking a dismissal of the indictment in this case. Extension granted to December 2, 2016. Signed by Chief Judge J. Thomas Marten on 11/21/2016. (aa) (Entered: 11/21/2016) |
| 11/23/2016 | 78 | Reply to Response to Motion re 63 Motion to Dismiss Indictment by Shane Cox (Henry, Timothy) Modified on 11/28/2016 to correct event type (aa). (Entered: 11/23/2016) |

| 11/23/2016 | 79 | MOTION for Joinder *of co-defendant Cox response in Court Document #78* by Jeremy Kettler. (Clark, Ian) (Entered: 11/23/2016) |
| 11/28/2016 | 80 | ORDER granting 79 Motion to Join in 78 Co-defendant Cox's reply. Signed by Chief Judge J. Thomas Marten on November 28, 2016. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (shs) (Entered: 11/28/2016) |
| 12/02/2016 | 81 | RESPONSE IN OPPOSITION by USA as to Shane Cox, Jeremy Kettler re 63 MOTION to Dismiss Indictment *Prosecution as Kansas' Second Amendment Protection Act Encompasses a Right Not Delegated to the United States, but Reserved to the State Under Their General Police Powers, Consistent With Tenth Amendment Principles* (Hathaway, Richard) (Entered: 12/02/2016) |
| 01/30/2017 | 82 | PRESENTENCE INVESTIGATION REPORT as to Jeremy Kettler<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Entered: 01/30/2017) |
| 01/30/2017 | 83 | SENTENCING MEMORANDUM by Jeremy Kettler (Clark, Ian) (Entered: 01/30/2017) |
| 01/30/2017 | 84 | PRESENTENCE INVESTIGATION REPORT as to Shane Cox<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Entered: 01/30/2017) |
| 01/31/2017 | 85 | MEMORANDUM AND ORDER denying 63 Motion to Dismiss Indictment as to Shane Cox (1). Signed by Chief Judge J. Thomas Marten on 1/31/2017. (sz) (Entered: 01/31/2017) |
| 01/31/2017 | 86 | SENTENCING MEMORANDUM by Shane Cox (Gradert, Steven) (Entered: 01/31/2017) |
| 02/06/2017 | 87 | MINUTE ENTRY for proceedings held before Chief Judge J. Thomas Marten: SENTENCING HEARING held on 2/6/2017 as to defendants Shane Cox and Jeremy Kettler. (Court Reporter Jana McKinney.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Roach, Joyce) (Entered: 02/06/2017) |
| 02/06/2017 | 88 | JUDGMENT as to Shane Cox (1): Counts 2-12 are Dismissed; Count 5s was Dismissed by the Court during Jury Trial on 11/10/2016; Defendant found not guilty as to counts 2s & 4s; Defendant found guilty on counts 3s and 6s-12s = 2 Years Probation (2 years on each of counts 3s & 6s-12s, all to run concurrently); $800 Assessment. Signed by Chief Judge J. Thomas Marten on 02/06/2017. (aa) (Entered: 02/06/2017) |
| 02/06/2017 | 89 | STATEMENT OF REASONS as to Shane Cox re 88 Judgment. |

| | | |
|---|---|---|
| | | **(NOTE: Access to this document is restricted to the USA and this defendant.)** (aa) (Entered: 02/06/2017) |
| 02/06/2017 | 90 | JUDGMENT as to Jeremy Kettler (2): Counts 1 & 5 are Dismissed; Count 13s = 1 Year Probation; $100 Assessment; Counts 1s & 5s were dismissed by the Court during Jury Trial on 11/10/2016. Signed by Chief Judge J. Thomas Marten on 02/06/2017. (aa) (Entered: 02/06/2017) |
| 02/06/2017 | 91 | STATEMENT OF REASONS as to Jeremy Kettler re 90 Judgment. **(NOTE: Access to this document is restricted to the USA and this defendant.)** (aa) (Entered: 02/06/2017) |
| 02/16/2017 | 92 | NOTICE OF APPEAL TO 10CCA as to defendant Jeremy Kettler re 90 Judgment, (Clark, Ian) (Entered: 02/16/2017) |
| 02/16/2017 | 93 | NOTICE OF APPEAL TO 10CCA as to defendant Shane Cox re 88 Judgment, (Gradert, Steven) (Entered: 02/16/2017) |
| 02/17/2017 | 94 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Jeremy Kettler re 92 Notice of Appeal - Final Judgment. (Attachments: # 1 Preliminary Packet)(aa) (Entered: 02/17/2017) |
| 02/17/2017 | 95 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Shane Cox re 93 Notice of Appeal - Final Judgment. (Attachments: # 1 Preliminary Packet)(aa) (Entered: 02/17/2017) |
| 02/17/2017 | 96 | ENTRY OF APPEARANCE on behalf of USA by Jared S. Maag (Maag, Jared) (Entered: 02/17/2017) |
| 02/17/2017 | 97 | APPEAL DOCKETED in 10CCA on 02/17/2017 and assigned Appeal No. 17-3035 re 92 Notice of Appeal - Final Judgment filed by Jeremy Kettler. Transcript order form, designation of record, docketing statement, and appointment motion due 03/03/2017 by Jeremy Kettler. Notice of appearance due on 03/03/2017 for Jeremy Kettler and United States of America.(aa) (Entered: 02/21/2017) |
| 02/17/2017 | 98 | APPEAL DOCKETED in 10CCA on 02/17/2017 and assigned Appeal No. 17-3034 re 93 Notice of Appeal - Final Judgment filed by Shane Cox. Docketing statement, designation of record, transcript order form, appointment motion and notice of appearance due on 03/03/2017 for Shane Cox; Notice of appearance due on 03/03/17 for United States of America. (aa) (Entered: 02/21/2017) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| |

Appellate Case: 17-3035    Document: 01019772016    Date Filed: 02/28/2017    Page: 18

| 02/27/2017 16:39:01 | | | |
|---|---|---|---|
| **PACER Login:** | Iclark25595 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:15-cr-10150-JTM |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt CJA |